UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 2:20-cv-14222 AMC

PERCY KEPFER, *on behalf of himself
and those similarly situated*,

    Plaintiff,

v.

LAWNWOOD MEDICAL CENTER, INC., a
Florida for Profit Corporation d/b/a Lawnwood
Regional Medical Center,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

    Plaintiff, Percy Kepfer, and Defendant, Lawnwood Medical Center, Inc., hereby notify the Court that the Parties have reached a resolution in this case. The Parties are in process of finalizing the settlement documents including a Motion for Approval of the Fair Labor Standards Act Settlement on Complaint Count 1 alleging unpaid overtime wages [DE 1], and anticipate filing the Motion within the next ten (10) days.

    Dated this 13th day of January, 2021.

| | |
|---|---|
| /s/ *Angeli Murthy* | /s/ *Jennifer A. Yasko* |
| Angeli Murthy, B.C.S. | Alexander D. del Russo |
| FL Bar No.: 887585 | FL Bar No.: 350273 |
| MORGAN & MORGAN, P.A. | Jennifer Yasko |
| 8151 Peters Road | FL Bar No.: 109604 |
| Suite 4000 | CARLTON FIELDS, P.A. |
| Plantation, FL 33324 | 525 Okeechobee Blvd., Ste. 1200 |
| Tel: 954-807-7759 | West Palm Beach, Florida |
| Fax: 954-807-7781 | Tel: (561) 659-7070 |
| E-mail: amurthy@forthepeople.com | Fax: (561) 659-7368 |
| *Counsel for Plaintiff* | Email: adelrusso@carltonfields.com |
| | E-mail: jyasko@carltonfields.com |
| | *Counsel for Defendant* |

124733595.1

2

124733595.1