**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION**

**CASE NO**. 20-14222-CIV-CANNON/Maynard

**PERCY KEPFER**,

  Plaintiff,

v.

**LAWNWOOD MEDICAL CENTER**, **INC., a
Florida Profit Corporation d/b/a Lawnwood
Regional Medical Center,**

  Defendant.

_____/

**ORDER APPROVING SETTLEMENT
AND DISMISSING COUNT I WITH PREJUDICE**

  **THIS CAUSE** came before the Court upon the parties' Joint Motion for Approval of Settlement and Dismissal with Prejudice of Count I (the "Joint Motion") [ECF No. 32], filed on January 25, 2021.  Upon review of the record and the parties' documented basis for a settlement of Count I—which was asserted against the Defendant pursuant to the Fair Labor Standards Act ("FLSA") and includes an award of attorneys' fees to Plaintiff's counsel as the prevailing party—the Court finds that the proposed settlement of this claim is a fair and reasonable resolution of a bona fide dispute over the FLSA's provisions, and that the requested fees are fair, reasonable and not grossly excessive.  Accordingly, it is

  **ORDERED AND ADJUDGED** as follows:

  1.  The Joint Motion **[ECF No. 32]** is **GRANTED**.

  2.  The Settlement Agreement and Dismissal of Claim with Prejudice [ECF No. 32-1] between Plaintiff, Percy Kepfer, and Defendant, Lawnwood Medical Center, Inc., which has been

duly filed with the Court, is **APPROVED** in its entirety.

3. Count I of the Complaint is **DISMISSED with prejudice**, and all pending motions, to the extent they apply to Count I, are **DENIED as moot**.

**DONE AND ORDERED** in Fort Pierce, Florida this 1st day of February 2021.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record