UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 20-14222-CIV-CANNON/Maynard

**PERCY KEPFER**,

    Plaintiff,

v.

**LAWNWOOD MEDICAL CENTER**, **INC.**, a
Florida Profit Corporation d/b/a Lawnwood
Regional Medical Center,

    Defendant.
_____/

## ORDER CLOSING CASE AND DISMISSING WITH PREJUDICE

**THIS MATTER** is before the Court on the Parties' Joint Stipulation of Dismissal with Prejudice as to Counts II, III, and IV [ECF No. 35]. Pursuant to Rule 41(a)(1)(A)(ii), the Joint Stipulation of Dismissal, signed by all parties who have appeared, is self-executing and dismisses the case "effective immediately upon filing." *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012). As such, this case is **DISMISSED WITH PREJUDICE**, effective March 16, 2021, the date the parties filed their Joint Stipulation of Dismissal with Prejudice. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Clerk of Court is directed to **CLOSE** this case.
2. All deadlines are **TERMINATED**.
3. This matter is **DISMISSED WITH PREJUDICE**, with each party to bear its respective costs and fees.

**DONE AND ORDERED** in Fort Pierce, Florida this 17th day of March 2021.

                                                  AILEEN M. CANNON
                                                UNITED STATES DISTRICT JUDGE

cc: counsel of record